STEPHEN M. HAYES (SBN 83583)
STEPHEN P. ELLINGSON (SBN 136505)
JAMIE A. RADACK (SBN 221000)
HAYES SCOTT BONINO ELLINGSON & GUSLANI LLP
333 Twin Dolphin Road, Suite 230
Redwood City, CA 94065
Telephone:     (650) 637-9100
Facsimile:     (650) 637-8071

Attorney for Plaintiffs
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY
and STATE FARM GENERAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, STATE FARM GENERAL INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>NICKOLAUS FEIMER, JOYCE FEIMER, D. CHRIS PETERSEN, JANICE MINEARO, in her individual capacity and as Successor in interest to the Estate of Decedent RONALD VICTOR MINEARO, PETER MINEARO, AND TAMARA HOLLARS,<br><br>Defendants. | CASE NO.  4:22-cv-04176 HSG<br><br>**STIPULATION OF DISMISSAL; ORDER**<br>**[Fed. Rule Civ. Proc., Rule 41(a)(1)** |

IT IS HEREBY STIPULATED by plaintiffs State Farm Mutual Automobile Insurance

Company and State Farm General Insurance Company by and through their attorney of record,

Stephen P. Ellingson, Esq. of Hayes Scott Bonino Ellingson & Guslani LLP and defendants Janice

Minearo, in her individual capacity and as the Successor in Interest to the Estate of Decedent Ronald

Victor Minearo, Peter Minearo and Tamara Hollars through their attorney of record Roger A.

Dreyer, Esq. of Dreyer Babich Buccola Wood Campora, LLP, that the above-captioned action be,

and hereby is, DISMISSED WITH PREJUDICE pursuant to Federal Rules of Civil Procedure, rule

41(a)(1).  Each side to bear its own attorney fees and costs.

1982262                                                        -1-

1   Dated:  December 12, 2022          DREYER BABICH BUCCOLA WOOD CAMPORA, LLP

2

3                                      By_____/S/ Roger A. Dreyer_____

4                                              ROGER A. DREYER
                                               ROBERT B. BALE
5                                              Attorneys for Defendants
                                               JANICE MINEARO, in her individual capacity, and as
6                                              Successor in Interest to the Estate of Decedent
                                               RONALD VICTOR MINEARO, PETER MINEARO,
7                                              and TAMARA HOLLARS

8

9   Dated:  December 12, 2022          HAYES SCOTT BONINO ELLINGSON & GUSLANI LLP

10

11                                     By_____/S/ Stephen P. Ellingson_____

12                                             STEPHEN M. HAYES
                                               STEPHEN P. ELLINGSON
13                                             Attorney for Plaintiffs
                                               STATE FARM MUTUAL AUTOMOBILE
14                                             INSURANCE COMPANY and STATE FARM
                                               GENERAL INSURANCE COMPANY

15

16                                             **ORDER**

17       IT IS SO ORDERED.

18

19   Dated:   12/13/2022                       _Haywood S. Gilliam Jr._
20                                             HONORABLE HAYWOOD S. GILLIAM, JR.
                                               UNITED STATES DISTRICT COURT
21                                             NORTHERN DISTRICT OF CALIFORNIA

22

23

24

25

26

27

28