UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM MUTUAL AUTO. INS. CO. and STATE FARM GENERAL INS. CO.<br><br>Plaintiff(s)<br>v.<br>NICKOLAUS FEIMER, ET AL.<br><br>Defendant(s) | CASE No C 4:22-CV-04176 HSG<br><br>STIPULATION AND ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

☒ **Mediation** (ADR L.R. 6)

☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)

☐ **Private ADR** (*specify process and provider*)

The parties agree to hold the ADR session by:

☒ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*

☐ other requested deadline:

Date: February 14, 2023   /S/ Stephen P. Ellingson
   Attorney for Plaintiffs State Farm Mutual Auto. Ins. Co. and State Farm General Ins. Co.

February 14, 2023   /S/ Ronald J. Cook
   Attorney for Defendants Nickolaus Feimer and Janice Feimer

February 14, 2023   /S/ Ara Jabagchourian
   Attorney for Defendant D. Chris Petersen

☒ IT IS SO ORDERED.
☐ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

DATE: 2/14/2023

Haywood S. Gill Jr.
U.S. DISTRICT JUDGE

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."

Form ADR-Stip rev. 1-15-2019