1  STEPHEN M. HAYES (SBN 83583)
   STEPHEN P. ELLINGSON (SBN 136505)
2  JAMIE A. RADACK (SBN 221000)
   HAYES SCOTT BONINO
3  ELLINGSON & GUSLANI LLP
   333 Twin Dolphin Road, Suite 230
4  Redwood City, CA 94065
   Telephone:    (650) 637-9100
5  Facsimile:    (650) 637-8071

6  Attorney for Plaintiffs
   STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY
7  and STATE FARM GENERAL INSURANCE COMPANY

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11 | STATE FARM MUTUAL AUTOMOBILE      | CASE NO.  4:22-cv-04176 HSG
   | INSURANCE COMPANY, STATE FARM
12 | GENERAL INSURANCE COMPANY,
                                       | **STIPULATION OF
13 |           Plaintiffs,             | DISMISSAL; ORDER**
                                       | [Fed. Rule Civ. Proc., Rule 41(a)(1)]
14 |    v.
15 |
   | NICKOLAUS FEIMER, JOYCE FEIMER,
16 | D. CHRIS PETERSEN, JANICE
   | MINEARO, in her individual capacity and
17 | as Successor in interest to the Estate of
   | Decedent RONALD VICTOR MINEARO,
18 | PETER MINEARO, AND TAMARA
19 | HOLLARS,

20 |           Defendants.

21

22      IT IS HEREBY STIPULATED by plaintiffs State Farm Mutual Automobile Insurance

23 Company and State Farm General Insurance Company by and through their attorney of record,

24 Stephen P. Ellingson, Esq. of Hayes Scott Bonino Ellingson & Guslani LLP, defendants Nickolaus

25 Feimer and Joyce Feimer through their attorney of record Ronald J. Cook, Esq. of Cook Law Group,

26 and D. Chris Petersen through his attorney of record Ara Jabagchouria, P.C., Esq. of Law Offices of

27 Ara Jabagchouria, that the above-captioned action be, and hereby is, DISMISSED WITHOUT

28 PREJUDICE pursuant to Federal Rules of Civil Procedure, rule 41(a)(1).  Each side to bear its own

1  attorney fees and costs.

2  Dated:  July 25, 2023                HAYES SCOTT BONINO
                                        ELLINGSON & GUSLANI LLP
3

4
                                        By     /S/ Stephen P. Ellingson
5                                                STEPHEN M. HAYES
                                                 STEPHEN P. ELLINGSON
6                                                Attorney for Plaintiffs
                                                 STATE FARM MUTUAL AUTOMOBILE
7                                                INSURANCE COMPANY and STATE FARM
                                                 GENERAL INSURANCE COMPANY
8

9  Dated:  July 25, 2023                COOK LAW GROUP

10

11
                                        By     /S/ Ronald J. Cook
12                                               RONALD J. COOK
                                                 Attorney for Defendants
13                                               NICKOLAUS FEIMER and JOYCE FEIMER

14

15  Dated:  July 25, 2023               LAW OFFICES OF ARA JABAGCHOURIA, P.C.

16
                                        By     /S/ Ara Jabagchouria
17                                               ARA JABAGCHOURIA
                                                 Attorney for Defendant
18                                               D. CHRIS PETERSEN

19

20                                              **ORDER**

21        IT IS SO ORDERED.

22

23
    Dated:  7/25/2023
24                                      HONORABLE HAYWOOD S. GILLIAM, JR.
                                        UNITED STATES DISTRICT COURT
25                                      NORTHERN DISTRICT OF CALIFORNIA

26

27

28
    2031973                              -2-
    **STIPULATION OF DISMISSAL; ORDER - CASE NO. 4:22-cv-04176 HSG**